**FILED**

OCT 13 2020

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 20-44 Erie |
| | ) |
| RYAN MATTHEW HOLDEN | ) (18 U.S.C. §§ 2251(a), 2251(e), |
| | ) 2422(b), 1470, 2252(a)(2), 2252(b)(1), |
| | ) 2252(a)(4)(B) and 2252(b)(2)) |

## INDICTMENT

### COUNT ONE

The grand jury charges:

On or about April 21, 2020, in the Western District of Pennsylvania, the defendant, RYAN MATTHEW HOLDEN, attempted to and did employ, use, persuade, induce, entice, and coerce a female minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, as those terms are defined in Title 18, United States Code, Section 2256, namely, an image depicting the female minor's exposed genital area, which visual depiction was produced using materials that had been mailed, shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT TWO

The grand jury further charges:

On or about April 22, 2020, in the Western District of Pennsylvania, the defendant, RYAN MATTHEW HOLDEN, attempted to and did employ, use, persuade, induce, entice, and coerce a female minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, as those terms are defined in Title 18, United States Code, Section 2256, namely, an image depicting the female minor's exposed genital area, which visual depiction was produced using materials that had been mailed, shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT THREE

The grand jury further charges:

From in and around April 2020, to in and around July 2020, in the Western District of Pennsylvania, the defendant, RYAN MATTHEW HOLDEN, using any facility and means of interstate commerce, to wit, a phone connected to the Internet, did knowingly persuade, induce, entice and coerce an individual who had not attained the age of 18 years, to wit, the female minor, to engage in any sexual activity for which any person can be charged with a criminal offense, to wit, sexual exploitation of children, in violation of Title 18, United States Code, Section 2251, sexual abuse of children, in violation of Title 18, Pennsylvania Consolidated Statutes Annotated, Section 6312(b)(1), and unlawful contact with a minor, in violation of Title 18, Pennsylvania Consolidated Statutes Annotated, Section 6318(a)(5), and did attempt to do so.

In violation of Title 18, United States Code, Section 2422(b).

## COUNT FOUR

The grand jury further charges:

On or about April 22, 2020, in the Western District of Pennsylvania, the defendant, RYAN MATTHEW HOLDEN, using any facility or means of interstate or foreign commerce, knowingly transferred and attempted to transfer obscene material, that is an image of his penis, to an individual who had not attained the age of 16 years, knowing that the individual had not attained the age of 16 years.

In violation of Title 18, United States Code, Section 1470.

## COUNT FIVE

The grand jury further charges:

On or about May 1, 2020, in the Western District of Pennsylvania, the defendant, RYAN MATTHEW HOLDEN, did knowingly distribute, and attempt to distribute, visual depictions of a minor that had been shipped and transported in interstate commerce, specifically by phone, the production of which involved the use of minors engaging in sexually explicit conduct, as those terms are defined in Title 18, United States Code, Section 2256.

In violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT SIX

The grand jury further charges:

From in and around December 2019, to in and around August 2020, in the Western District of Pennsylvania, the defendant, RYAN MATTHEW HOLDEN, did knowingly receive, and attempt to receive, visual depictions of a minor that had been shipped and transported in interstate commerce, specifically by phone and computer, the production of which involved the use of minors engaging in sexually explicit conduct, as those terms are defined in Title 18, United States Code, Section 2256.

In violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT SEVEN

The grand jury further charges:

From in and around December 2019, to in and around August 2020, in the Western District of Pennsylvania, the defendant, RYAN MATTHEW HOLDEN, did knowingly possess, and attempt to possess, visual depictions, namely, visual images and videos in individual computer files, the production of which involved the use of minors engaging in sexually explicit conduct, as those terms are defined in Title 18, United States Code, Section 2256, and which depict prepubescent minors and minors who have not attained 12 years of age, all of which had been shipped and transported in interstate and foreign commerce, by means of a cell phone.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

## FORFEITURE ALLEGATIONS

1. The grand jury re-alleges and incorporates by reference the allegations contained in Counts One through Seven of this Indictment for the purpose of alleging criminal forfeiture pursuant to Title 18, United States Code, Section 2253(a)(3).

2. As a result of the commission of the violations charged in Counts One through Seven of this Indictment, the defendant, RYAN MATTHEW HOLDEN, did use the following to commit or to promote the commission of said violations (hereinafter collectively referred to as the "Subject Property"):

    a) Black LG cell with an IMEI of 359962101890449

    b) Red Sandisk 4GB SDHC card

    c) Blue Kodak 2 GB SD memory card

    d) Black ONN 16 GB USB drive

WHEREFORE, the government seeks forfeiture of the Subject Property pursuant to Title 18, United States Code, Section 2253(a)(3).

A True Bill,

_____
FOREPERSON

_____
SCOTT W. BRADY
United States Attorney
PA ID No. 88352