IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

RYAN MATTHEW HOLDEN

Criminal No. 20-44   Erie

## ARRAIGNMENT PLEA

Defendant Ryan Matthew Holden

being arraigned, pleads __Not Guilty__

in open Court this __4th__ day of

__November__, 20 __20__

_Ryan Matthew Holden by RAL_
(Defendant's Signature)

_[signature]_
(Attorney for Defendant)